UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RA'ED MOHAMMAD IBRAHIM MATAR, on behalf of himself and his deceased wife Eman Ibrahim Hassan Matar, and their deceased children Ayman, Mohamad and Dalial; MAHMOUD SUBHAI AL HUWEITI, on behalf of his himself and his deceased wife Muna Fahmi Al Huweiti, their deceased sons Subhai and Mohammed, and their injured children, Jihad, Tariq, Khamis and Eman; and MARWAN ZEINO on his own behalf,<br><br>        Plaintiffs,<br><br>vs.<br><br>AVRAHAM DICHTER, former Director of Israel's General Security Service,<br><br>        Defendant. | Civil Action No. 05 CV 10270 (WHP)<br>ECF Case<br><br><br>DEFENDANT AVRAHAM DICHTER'S NOTICE OF MOTION TO DISMISS THE COMPLAINT |

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jean E. Kalicki, dated February 22, 2006, the accompanying Memorandum of Points and Authorities in Support of Avraham Dichter's Motion to Dismiss the Complaint, dated February 22, 2006, the accompanying Appendix of United States Government Court Submissions Cited in Defendant Avraham Dichter's Memorandum of Points and Authorities in Support of His Motion to Dismiss, and upon all prior pleadings and proceedings had herein, defendant Avraham Dicther, by his undersigned counsel, will move this Court on the 12th day of May, 2006 before the Honorable William H. Pauley III at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11D, New York, New York 10007, for an order dismissing this action pursuant to F.R.C.P. 12(b)(1) and the Political Question and Act of State Doctrines and awarding such other and further relief as the Court deems just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are due on or before April 10, 2006, and reply papers, if any, are due on or before May 3, 2006.

Dated: New York, New York
February 22, 2006

        Respectfully submitted,

        ARNOLD & PORTER LLP

        By: _____
        Robert N. Weiner (RW 5542)
        Jean E. Kalicki
        Matthew Eisenstein
        555 Twelfth St., N.W.
        Washington, D.C. 20005-1206
        Tel.: (202) 942-5000
        Fax: (202) 942-5999

        - and –

        Kent Yalowitz
        399 Park Avenue
        New York, New York 10022-4690
        Tel.: (212) 715-1000
        Fax: (212) 715-1399

        Attorneys for Defendant Avraham Dichter

TO:   Jennifer M. Green, Esq.
       Center for Constitutional Rights
       666 Broadway, 7th Floor
       New York, New York 10012