**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
                                                                :

RA'ED MOHAMAD IBRAHIM MATAR,  :     **05 Civ. 10270 (WHP)**
et al.,                                                    :
        Plaintiffs,                            :
                                                         :     **NOTICE OF INTENT TO RAISE**
                -against-                :     **ISSUE OF FOREIGN LAW**
                                                           :     **UNDER FEDERAL RULE OF**
                                                            :     **CIVIL PROCEDURE 44.1**
AVRAHAM DICHTER**,**                 :
                                                         :
        Defendant.                          :
-------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 44.1, Plaintiffs HEREBY GIVE NOTICE of their intent to raise issues of Israeli law, including whether Defendant, Avraham Dichter, was acting within the scope of his lawful authority during his participation in the events giving rise to this lawsuit.

Dated: April 26, 2006                                 Respectfully submitted,

                                                                      / s / Maria LaHood
JUDITH BROWN CHOMSKY              MARIA C. LAHOOD (ML-1438)
MICHAEL POULSHOCK                  JENNIFER M. GREEN (JG-3169)
LAW OFFICES OF JUDITH BROWN    WILLIAM GOODMAN (WG-1241)
CHOMSKY                                        CENTER FOR CONSTITUTIONAL
P.O. Box 29726                                     RIGHTS
Elkins Park, PA 19027                       666 Broadway, 7th Floor
Tel:  (215) 782-8367                         New York, New York 10012
Fax:  (215) 782-8368                       Tel:  (212) 614-6430
                                                                 Fax:  (212) 614-6499

                                                                  *Attorneys for Plaintiffs*