**CERTIFICATE OF SERVICE**

    I hereby certify that I caused true and correct copies of PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EVIDENCE, THE DECLARATION OF ANTONIO CASSESE, AND PLAINTIFFS' NOTICE OF INTENT TO RAISE ISSUE OF FOREIGN LAW to be served in accordance with the federal rules of civil procedure, the Southern District's local rules, and the Southern District's rules on electronic service, and sent via electronic mail and first class mail on this 26th day of April 2006, in *Matar v. Dichter,* 1:05-CV-10270 (WHP), to:

  Robert N. Weiner
  Jean Kalicki
  Matthew Eisenstein
  ARNOLD & PORTER LLP
  555 Twelfth Street, NW
  Washington, DC  20004-1206
  Robert.Weiner@aporter.com

  Kent Yalowitz
  ARNOLD & PORTER LLP
  399 Park Avenue
  New York, NY 10022-4690
  Kent.Yalowitz@aporter.com

                 _____/ s /_____
                 Kelly McAnnany