

U.S. Department of Justice

United States Attorney
Southern District of New York

NOV 09 2006

CHAMBERS OF
WILLIAM H. PAULEY

86 Chambers Street, 3rd Floor
New York, New York 10007

November 9, 2006

**BY FACSIMILE (212) 805-6390**
Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/06

Re: *Matar v. Dichter*, 05 Civ. 10270 (WHP)

Dear Judge Pauley:

This Office represents the United States of America (the "Government") in the above-referenced case, brought by several Palestinian citizens against the former Director of Israel's General Security Service. By order dated July 20, 2006, the Court invited the Government to submit a statement of interest by September 12, 2006 setting forth its views on the issues raised by the parties or any other issues the Government considers relevant to the case. The Government has previously requested two extensions of this filing date, which the Court granted, pursuant to which the Government's response to the Court's order is expected today. I write at this time respectfully to request a brief additional extension of this filing date, until next Friday, November 17, 2006.

The Department of State and the Department of Justice are currently in the last stages of their deliberations regarding the possible filing of a statement of interest in the case. While a final decision was expected today, deliberations remain ongoing. Accordingly, the Government requires additional time in order to determine its response, if any, to the Court's order and thus respectfully requests a brief extension of time to allow these deliberations to be completed. The Government regrets any imposition on the Court from making this request on the date a response was expected; however, the need for an extension was not clear until today.

Counsel for both parties consent to this extension request. Plaintiffs' counsel asks that the Court also extend the time for the parties to respond to any submission made by the Government until December 19, 2006. Counsel for the Government, in turn, has no objection to this request.

Application granted
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
November 14, 2006

I thank the Court for its consideration of this request.

                                      Respectfully,

                                      MICHAEL J. GARCIA
                                      United States Attorney

By: _____
            SERRIN TURNER
            Assistant United States Attorney
            Tel: (212) 637-2701
            Fax: (212) 637-2686

cc:    Maria LaHood, Esq.
        Kent A. Yalowitz, Esq.



# FACSIMILE COVER SHEET

**U.S. ATTORNEY'S OFFICE, SDNY**
**86 CHAMBERS STREET**
**NEW YORK, NY 10007**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| From: | Serrin Turner, Assistant United States Attorney |
| Office Phone No.: | (212) 637-2701 |
| Fax Number: | (212) 637-2686 |
| No. pages (including cover sheet): 3 | |
| Date sent: | November 9, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

> "FOR OFFICIAL USE ONLY'   U.S. ATTORNEY FACSIMILE COMMUNICATION
>
> The information contained in this facsimile message, and any and all accompanying documents, constitute official information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| To: | Hon. William H. Pauley III; Kent Yalowitz; Michael Poulshock |
| Fax Number: | (212) 805-6390; (212) 715-1399; (215) 782-8368 |
| Re: | *Matar v. Dichter*, 05 Civ. 10270 (WHP) |